KEVIN T. CONWAY, ESQ.
ATTORNEY AT LAW
LICENSED IN
N.Y., N.J., CT.

| | |
|---|---|
| *664 Chestnut Ridge Road* | *c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC* |
| *Spring Valley, NY 10977* | *500 Frank W. Burr Blvd., Ste. 31* |
| *Tel: (845) 352-0206* | *Teaneck, NJ 07666* |
| *Fax: (845) 352-0481* | *Tel: (201) 928-1100* |

October 16, 2018

The Honorable Judge Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

  *Re: 1:18-cv-06580-AT, Malibu Media, LLC v. John Doe Assigned IP Address 72.69.177.223*
  *–Letter advising Court of the status of this matter*

Dear Judge Torres:

  I represent Plaintiff, Malibu Media, LLC, in the above-referenced matter. Please allow this letter to serve as the parties' response to the Court's Order of August 17, 2018 at CM/ECF 18 regarding the status of this matter. The parties have reached a settlement. Once all terms of the settlement have been executed, the Plaintiff will file a dismissal.

              Respectfully Submitted,

     By:  /s/ *Kevin T. Conway*
          Kevin T. Conway (KC-3347)
         664 Chestnut Ridge Road
         Spring Valley, NY 10977-6201
         T: (845) 352-0206
         F: (845) 352-0481
         Email: ktcmalibu@gmail.com
         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

             By:  /s/ *Kevin T. Conway*
                 *Attorneys for Plaintiff*