UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALIBU MEDIA, LLC,

                Plaintiff,

        vs.

JOHN DOE subscriber assigned IP address 72.69.177.223,

                Defendant.

---

Case No. 1:18-cv-06580-AT

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 72.69.177.223. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 30, 2018
                                            Respectfully Submitted,

                                            By: <u>/s/ Kevin T. Conway, Esq.</u>
                                            Kevin T. Conway, Esq.
                                            NY Bar No.: 2133304
                                            664 Chestnut Ridge Road
                                            Spring Valley, NY 10977-6201
                                            T: (845) 352-0206
                                            F: (845) 352-0481
                                            Email: ktcmalibu@gmail.com
                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                       By: /s/ *Kevin T. Conway*